IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| VARTOUHI PINKSTON, | * | |
| Plaintiff, | * | |
| v. | | Case No.5:26-cv-00316-TES |
| | * | |
| SAMUEL WADE MCCORD, | | |
| | * | |
| Defendant. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated September 17, 2026, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 17th day of September, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk